NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD G. TROST,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7192

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0093, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The parties move for a 37-day extension of time, until December 21, 2011, for the appellant to file his opening brief, for a 29-day extension of time, until February 29, 2012, for the appellee to file his response brief and for a 15-day extension of time, until March 30, 2012, for the appellant to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

DEC 0 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Glenn W. Trost, Esq.
     Douglas G. Edelschick, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

DEC 0 7 2011

**JAN HORBALY**
**CLERK**